## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ROBERT SEAN GALLAGHER and | : | Civil Action No. 2:18-cv-_____ |
| ASHLI THOMAS GALLAGHER, his wife, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CORELOGIC FLOOD SERVICES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>NOTICE OF REMOVAL</u>

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Defendant, CoreLogic Flood Services, LLC ("CoreLogic" of "Defendant"),[1] by and through its undersigned counsel, pursuant to 28 U.S.C. § 1332 hereby files this Notice of Removal for the purpose of removing the action docketed at No. 2018-849 in the Court of Common Pleas for Fayette County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.  In support of this Notice of Removal, CoreLogic states as follows:

1.      On April 25, 2018, plaintiffs, Robert Sean Gallagher and Ashli Thomas Gallagher (together, "Plaintiffs") filed a complaint against CoreLogic in the Court of Common Pleas of Fayette County, Pennsylvania.  True and correct copies of the Docket, Summons, and Complaint are attached collectively hereto as Exhibit "A."

---

[1] Plaintiffs improperly identifies the Defendant as simply "CORELOGIC FLOOD SERVICES."  The correct legal name for the Defendant is CoreLogic Flood Services, LLC.

2.      The Complaint asserts purported negligence and negligent inducement claims against CoreLogic in connection with an allegedly erroneous flood determination performed by CoreLogic for Plaintiffs' property.

3.      CoreLogic received a copy of the Summons and Complaint on or about May 5, 2018, via the U.S. Postal Service.  *See* Declaration of Michael Rose attached hereto as Exhibit "B" at ¶3.

## GROUNDS FOR REMOVAL

4.      Removal of this action to this Court is proper under 28 U.S.C. § 1441 because this Court has original jurisdiction of this action under 28 U.S.C. § 1332.  There is complete diversity between Plaintiffs and CoreLogic, and the amount in controversy exceeds $75,000.

## DIVERSITY OF CITIZENSHIP

5.      Plaintiffs reside at 356 Brownfield Lane, Uniontown, Pennsylvania 15401.  *See* Complaint at ¶ 1.  Accordingly, Plaintiffs are citizens of Pennsylvania.

6.      CoreLogic is a Delaware limited liability company with its principal place of business located at 11902 Burnett Road, Austin, Texas 78758.  *See* Exhibit B, Declaration of Michael Rose, at ¶4.

7.      CoreLogic is 100% owned by CoreLogic Solutions, LLC (a California limited liability company) which is 100% owned by CoreLogic, Inc. which is a Delaware corporation with its primary place of business located at 40 Pacifica, Suite 900, Irvine, California.  *See* Exhibit B, Declaration of Michael Rose, at ¶5.

8.      Accordingly, CoreLogic is a citizen of California and Delaware.

## AMOUNT IN CONTROVERSY

9.      Plaintiffs did not assert the amount in controversy in the Complaint.

10.    However, the preponderance of the evidence demonstrates that the matter in controversy exceeds $75,000, exclusive of interest and costs.  *See* 28 U.S.C. § 1446(c)(2)(B) (requisite amount in controversy may be demonstrated by "preponderance of the evidence" where not alleged in the Complaint).

11.    In the Complaint, Plaintiffs allege that but for CoreLogic's allegedly erroneous flood determination, Plaintiffs: (i) would not have agreed to purchase their home for $112,000, if at all; (ii) would not have invested $30,000 in improvements to the property; (iii) would not be paying premiums in excess of $2,000 per year.  *See* Complaint at ¶¶ 39-42.  Based on these allegations, the amount of controversy is in excess of $75,000.

## REMOVAL PROCEDURE

12.    The Complaint was filed on or about April 25, 2018.  CoreLogic received a copy of the Complaint on or about May 5, 2018.

13.    Plaintiffs have agreed to extend CoreLogic's deadline to respond to the Complaint in the state court action to June 14, 2018.

14.    CoreLogic files this Notice of Removal within 30 days of its receipt of the Complaint; therefore, this Notice of Removal is timely under 28 U.S.C. §§ 1446(b).

15.    Pursuant to 28 U.S.C. § 1446(a), copies of the Docket, Summons and Complaint are collectively attached hereto as Exhibit "A."

16.    This action is properly removed to this Court, which is the United States District Court for the district within which the state court action is pending.  *See* 28 U.S.C. §§ 1441 and 1446.

17.    Under 28 U.S.C. § 1446(d), CoreLogic shall promptly file written notice of the filing of this Notice of Removal, along with a copy of this Notice of Removal and exhibits with the Court of Common Pleas for Fayette County, Pennsylvania.

WHEREFORE, defendant, CoreLogic Flood Services, LLC removes the above-captioned action now pending in the Court of Common Pleas for Fayette County, Pennsylvania to the United States District Court for the Western District of Pennsylvania, wherein it shall proceed as an action original commenced therein.

Respectfully submitted,

**DATED:** June 1, 2018                s/ John R. Gotaskie, Jr.
                                       PA ID No. 81143
                                       **FOX ROTHSCHILD LLP**
                                       BNY Mellon Center
                                       500 Grant Street, Suite 2500
                                       Pittsburgh, PA 15219
                                       Telephone:  (412) 391-1334
                                       Facsimile:  (412) 391-6984

                                       *Counsel for Defendant,*
                                       *CoreLogic Flood Services, LLC*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, a true and correct copy of the foregoing *Notice of Removal* was filed using the Court's electronic filing system and served by United States First Class Mail, postage prepaid upon the following:

J.W. Eddy, Esquire
Eddy Law Office
80 East Main Street
Uniontown, PA 15401

*Counsel for Plaintiffs,*
*Robert Sean Gallagher and*
*Ashli Thomas Gallagher*

Date: June 1, 2018                                   s/ John R. Gotaskie, Jr.
                                                          John R. Gotaskie, Jr.